IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM CORCORAN and
VINCENT RIVERA,

    Plaintiffs,

vs.                              CASE NO. 5:10cv303/RS-EMT

JOHN PALMER, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 10) and Plaintiff Vincent Rivera's Notice of Voluntary Dismissal (Doc. 9).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff Vincent Rivera's Notice of Voluntary Dismissal (Doc. 9) is granted, and this case is dismissed without prejudice as to Plaintiff Rivera.

3. The claims of Plaintiff William Corcoran remain.

**ORDERED** on January 5, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**