IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM CORCORAN and
VINCENT RIVERA,

    Plaintiffs,

vs.                              CASE NO. 5:10cv303/RS-EMT

JOHN PALMER, et al,

    Defendants.
_____/

## ORDER

Before me is Magistrate Judge's Report and Recommendation (Doc. 15).  No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an Order of the court

3. The clerk is directed to close the file.

**ORDERED** on July 20, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**